THE PEOPLE OF THE STATE OF NEW YORK, Appellant, *v.* HARRY BLUESTEIN, Respondent.

Argued December 4, 1940; decided December 31, 1940.

*William C. Chanler*, Corporation Counsel (*Stanley Buchs-baum* of counsel), for appellant.

*Archer Scherl*, *Warren J. Bloom* and *Meyer Schwartz* for respondent.

Order of Appellate Part of Court of Special Sessions reversed and judgment of conviction affirmed on authority of *People* v. *Arlen Service Stations, Inc.* (284 N. Y. 340), decided herewith. No opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, FINCH, RIPPEY, SEARS, LEWIS and CONWAY, JJ.